**Electronically Filed
Supreme Court
SCWC-13-0004290
07-JUL-2016
08:54 AM**

SCWC-13-0004290

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KE KAILANI DEVELOPMENT, LLC, a Hawaii limited liability company, and MICHAEL J. FUCHS, Petitioners/Plaintiffs-Appellants,

vs.

KE KAILANI PARTNERS LLC, a Hawaii limited liability company, HAWAII RENAISSANCE BUILDERS LLC, a Delaware limited liability company, BAYS LUNG ROSE & HOLMA, a Hawaii law partnership, and GEORGE VAN BUREN, solely in his capacity as Foreclosure Commissioner, Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0004290; CIV. NO. 11-1-1577-07)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and Circuit Judge Trader, in place of Recktenwald, C.J., recused)

The application for writ of certiorari, filed on May 23, 2016, is hereby dismissed.

DATED: Honolulu, Hawaiʻi, July 7, 2016.

Gary Victor Dubin and
Frederick J. Arensmeyer,
for petitioners Ke Kailani
Development, LLC and Michael
J. Fuchs

Terence J. O'Toole, Sharon V.
Lovejoy, and Andrew J.
Lautenbach,
for respondents Ke Kailani
Partners, LLC, and Hawaii
Renaissance Builders, LLC

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Rom A. Trader

